UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-60190-cr-BLOOM

UNITED STATES OF AMERICA

vs.

RAMON BATISTA,

      Defendant.
_____/

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for a reduction in the sentence of defendant Ramon Batista in order to reflect his substantial assistance to the United States in prosecution of another individual. The United States respectfully requests that the Court schedule a Rule 35 hearing, at which time the government will provide additional details regarding the defendant's substantial assistance.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:       /s/
MATTHEW A. LAMBERTI
Court ID No. A5502226
Senior Counsel
Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW
Washington, DC 20530
(202) 514-1026
matthew.lamberti@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of June 2020, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/
MATTHEW A. LAMBERTI
Senior Counsel
United States Department of Justice