UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-60190-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON BATISTA,

    Defendant.
_____

**RESPONSE TO MOTION FOR REDUCTION OF SENTENCE PURSUANT TO**
**FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)**

The Defendant, RAMON BATISTA, through undersigned counsel, respectfully files this response to the Government's Motion for Reduction of Sentence pursuant to Federal Rule of Criminal Procedure 35(b) (DE 240) stating as follows:

1. On June 26, 2020, the Government filed a Motion for Reduction of Mr. Batista's Sentence pursuant to Federal Rule of Criminal Procedure 35(b). (DE 240).

2. Undersigned counsel agrees with the Government's motion and request for hearing and will be filing, separately, a waiver of Mr. Batista's appearance.

    Respectfully submitted,

    **PAUL D. PETRUZZI, ESQ.**
    **LAW OFFICES OF PAUL D. PETRUZZI, P.A.**
    8101 Biscayne Blvd.
    Penthouse 701
    Miami, FL 33138
    Telephone: (305) 373-6773
    Facsimile:  (305) 373-3832
    Email: petruzzi-law@msn.com

By:    **/s/   Paul D. Petruzzi**
    **PAUL D. PETRUZZI, ESQ.**
    Florida Bar No. 982059

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 29, 2020, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record.

By:   **/s/   Paul D. Petruzzi**
      **PAUL D. PETRUZZI, ESQ.**
      Attorney for Defendant
